95–1664.  Shidel v. Liberty Mut. Ins. Co.  *Mahoning County*, No. 94 C.A. 114.
MOYER, C.J., WRIGHT and COOK, JJ., dissent.

95–1724.  State v. Knotts.  *Mercer County*, No. 10–94–22.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

95–1774.  L.J. Minor Corp. v. Breitenbach.  *Cuyahoga County*, No. 67885.
RESNICK, PFEIFER and COOK, JJ., dissent.

95–1779.  Columbus Metro. Community Action Org. v. Enyart.  *Franklin County*, No. 94APE12–1802.
PFEIFER and COOK, JJ., dissent.